

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TYLER LAUBE,<br>Defendant. | Case No.: 2:18-MJ-02791-3<br>ORDER OF DETENTION |

I.

On October 24, 2018, Defendant Tyler Laube ("Defendant") made his initial appearance in this district on the Complaint filed in this matter, Case No. 2:18-MJ-02791-3. Peter Swarth, a member of the Indigent Defense Panel, was appointed to represent Defendant.

The Court made a detention determination based on motion by the Government in a case involving a serious risk that Defendant will flee. The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions reasonably will assure the Defendant's appearance as required and the safety of any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions reasonably will assure the appearance of the Defendant as required at future proceedings.

The Court bases its conclusions on the following:

As to risk of non-appearance:
- Defendant's failure to provide information to Pretrial Services
- Defendant's limited bail resources
- Defendant's current probation status
- Defendant's limited economic ties to the community
- Defendant's lack of truthfulness to Pretrial Services regarding his residence
- Defendant's criminal history, including disobeying prior court order
- Defendant's admitted violent altercation in the Huntington Beach incident
- Defendant's association with a violent White Supremacist organization

III.

In reaching its decision, the Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered all the evidence adduced at the hearing and the arguments, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

///

IV.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 25, 2018                  ____/s/_____
                                         HON. MARIA A. AUDERO
                                         UNITED STATES MAGISTRATE JUDGE